# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| LIFEBACK RECOVERY CENTER, PLLC, on behalf of plaintiff and the class members defined herein, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| WALMART INC., and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) ) |

3:18-cv-724-RGJ

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Lifeback Recovery Center, PLLC ("Plaintiff") and Defendant Walmart Inc., ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims and the claims of the putative class without prejudice and without costs.

DATED: April 13, 2020

| | |
|---|---|
| s/ Daniel A. Edelman<br>Daniel A. Edelman | /s/Meredith C. Slawe<br>Meredith C. Slawe |
| Daniel A. Edelman<br>Cathleen M. Combs<br>Dulijaza Clark<br>EDELMAN, COMBS, LATTURNER<br>    & GOODWIN, LLC<br>20 S. Clark Street, Suite 1500<br>Chicago, Illinois 60603<br>(312) 739-4200<br>(312) 419-0379 (FAX)<br>courtecl@edcombs.com | Meredith C. Slawe (*pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103<br>(215) 965-1202 (telephone)<br>(215) 965-1210 (facsimile)<br>mslawe@akingump.com<br>. |

Zachary L. Taylor
TAYLOR COUCH, PLLC
130 Saint Matthews Avenue, Suite 301
Louisville, Kentucky 40207
ztaylor@taylorcouchlaw.com
(502) 625-5000

Attorneys for Plaintiff

Donald L. Miller, II
QUINTAIROS, PRIETO, WOOD & BOYER, P.A
9300 Shelbyville Road, Suite 400
Louisville, KY 40222
(502) 423-6390 (telephone)
(502) 423-6391 (facsimile)
dmiller@qpwblaw.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on April 13, 2020, I caused a true and accurate copy of the foregoing document to be served, via the Court's CM/ECF system, upon all counsel of record.

                                       s/ Daniel A. Edelman
                                       Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
Dulijaza Clark
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com